**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA            :

vs.                                                        :   CRIMINAL NO.:  21-00109-JB-B

JASON EDWARD MOSELEY            :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 29) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **January 4, 2022, at 9:30 a.m.** in Courtroom 4A before the undersigned.

**DONE and ORDERED** this 19th day of October 2021.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE